| | |
|---|---|
| Paul F. Rafferty, Cal. Bar No. 132266<br>Daniel N. Yannuzzi, Cal. Bar No. 196612<br>Christopher A. Bauer, Cal. Bar No. 228310<br>Michael Murphy, Cal. Bar No. 234695<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, California 92626<br>Telephone:  714-513-5100<br>Facsimile:   714-513-5130<br>prafferty@sheppardmullin.com | JS-6 |

Attorneys for Plaintiff WEEKEND WARRIOR TRAILERS, INC.

| | |
|---|---|
| DAVID SHOUGH (Ohio Bar No. 0029678)<br>LAW OFFICE OF DAVID A. SHOUGH<br>853 Dayton Oxford Rd.<br>Carlisle, Ohio 45005<br>Tel: (937) 242-7325<br>Fax: (937) 242-6274<br>dshough@das-law.com | CHARLES H. BROWN, III<br>DINSMORE & SHOHL LLP<br>255 E. Fifth St., Suite 1900<br>Cincinnati, Ohio 45202<br>Tel: (513) 977-8207<br>Fax: (513) 977-8141<br>chip.brown@dinslaw.com |

J. RANDOLPH HUSTON (SBN 40044)
JOHN S. WARD (SBN 126456)
WALKER, WRIGHT, TYLER & WARD
626 Wilshire Boulevard, Suite 900
Los Angeles, California 90017
Tel:  (213) 629-3571
Fax:  (213) 623-5160
jrh@wwtwlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEEKEND WARRIOR TRAILERS, INC.,<br><br>                  Plaintiff,<br><br>     v.<br><br>THOR CALIFORNIA, INC., a Delaware corporation dba THOR MANUFACTURING, KEYSTONE RV COMPANY; and KOMFORT, INC.<br><br>                  Defendants. | Case No. CV 03-2223 GPS (CWx)<br><br>The Honorable George P. Schiavelli<br><br>[~~PROPOSED~~] ORDER DISMISSING CASE UNDER F.R.C.P. 41(a)(1)(A)(ii) |

1  Having considered the parties' Stipulation for Order Dismissing Case,
2  and for good cause duly shown,
3  IT IS HEREBY ORDERED that pursuant to F.R.C.P. 41(a)(1)(A)(ii),
4  and the parties having agreed and so stipulated, this action and all claims and
5  defenses of Plaintiff Weekend Warrior Trailers, Inc. and Defendants Thor
6  California, Inc., Keystone RV Company, and Komfort, Inc. are dismissed with
7  prejudice, with each party to bear its own costs and attorneys fees. Jurisdiction is
8  retained by this Court for the purpose of ensuring compliance with the terms of the
9  settlement agreement between the parties.

10

11  DATED: February 22, 2008

                 **GEORGE P. SCHIAVELLI**
12                  GEORGE P. SCHIAVELLI
                 JUDGE OF THE U.S. DISTRICT COURT